UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY RENE WATSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD BORLA,<br><br>　　　　　Defendant. | Case No. 25-cv-03154-PCP<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　　　Plaintiff sent the Court his 42 U.S.C. § 1983 complaint and application to proceed in forma pauperis ("IFP") by regular mail from the Soledad State Prison, a facility which participates in prison email filing with this Court. Dkt. No. 1-1. The Clerk sent Plaintiff a Notice to file his complaint and IFP application by prison email as required by General Order No. 76. Dkt. No. 1. Plaintiff has neither complied with the Clerk's instructions to file by email, nor shown good cause for not doing so, and the deadline by which to do so has passed. *See generally* Dkt.

　　　　Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to comply with the Clerk's Notice and for failure to prosecute. *See* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do this, he must file:

　　(i)　　by prison email an exact copy of his complaint in accordance with the instructions in the Notice, <u>and</u> a motion with the words MOTION TO REOPEN written on the first page; <u>or</u>

　　(ii)　　by regular mail a motion for leave to file his complaint by regular mail, in which he shows good cause why he cannot submit his documents electronically.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED**.

Dated: July 18, 2025

_____
P. Casey Pitts
United States District Judge